IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| MARCOS GALINDO XOCHIHUA | ) | |
| RICHARD JAMES TEESATUSKIE | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing for Richard James Teesatuskie scheduled for August 31, 2005, and to reschedule the sentencing hearings for the captioned Defendants.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing for Richard James Teesatuskie scheduled for August 31, 2005, is hereby **CONTINUED.**

**IT IS FURTHER ORDERED** that the sentencing hearings for Richard James Teesatuskie and Marcos Galindo Xochihua are hereby scheduled for **FRIDAY, SEPTEMBER 9, 2005, AT 9:30 AM**, in Asheville, North Carolina.

**Signed: August 4, 2005**

Lacy H. Thornburg
United States District Judge