UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 2:05CR3

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v. )<br>) | **FINAL**<br>**ORDER OF FORFEITURE** |
| EFRAIN GALINDO-XOCHIHUA )<br>MARCOS GALINDO XOCHIHUA )<br>)<br>    Defendants. ) | |

On April 26, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendants' pleas of guilty to Count One in the Bill of Indictment. In that Count, the defendants were charged with conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. §841(a)(1) and §846.

On May 26, June 2, and June 9, 2005, the United States published in the *Sylva Herald*, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed,

1

has therefore been forfeited to the United States for disposition according to law:

– **$15,340.00 in United States currency;**

– **$1,376.25 in United States currency;**

Signed: January 31, 2006

Lacy H. Thornburg
United States District Judge